UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARIA RUIZ,
:
        Plaintiff,
:
    -against-
:
                                         ORDER
TARGET CORPORATION,
:    19-CV-2635 (JGK)(KNF)
        Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before March 23, 2020;

2. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge;

3. if no dispositive motion is made, the parties shall, on or before April 22, 2020, submit their joint pretrial order together with any motion(s) in limine or motions to bifurcate, proposed voir dire and requests to charge, if applicable, to the court; and

4. the parties shall be ready for trial on 48 hours notice on or after a date to be fixed by the assigned district judge.

The parties' request that the Court endorse a subpoena is denied; that activity is not contemplated by the express language of Fed. R. Civ. P. 45(a)(3).

Dated: New York, New York
February 5, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE