UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA RUIZ,

                Plaintiff,

-against-                              ORDER

TARGET CORPORATION,              19-CV-2635 (JGK)(KNF)

                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties were directed, on February 5, 2020, to submit to the court, on or before April 22, 2020, "their joint pretrial order together with any motion(s) in limine or motions to bifurcate, proposed voir dire and requests to charge," if no dispositive motion was made. Docket Entry No. 17, ¶ 3. No dispositive motion was made and the parties have not submitted to the court the items identified above. Therefore, IT IS HEREBY ORDERED that the parties advise the Court, on or before May 11, 2020, in a joint writing, of the status of this action. The parties are reminded that failing to comply with a court order may result in sanctions including the dismissal of the complaint.

Dated:  New York, New York                    SO ORDERED:
           May 7, 2020

                                                              /s/ Kevin Nathaniel Fox
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE