```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA RUIZ,                                   :
                                              :
                      Plaintiff,              :
        -against-                             :           ORDER
                                              :
TARGET CORPORATION,                           :      19-CV-2635 (JGK)(KNF)
                                              :
                      Defendant.              :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In a letter dated May 8, 2020, Docket Entry No.22, defendant's counsel advised the Court that the parties' dispute has been settled, and that the parties request that the Court issue a "60-day conditional order of dismissal." The parties' request is beyond the scope of the order of reference issued to the Court by the assigned district judge. Therefore, the request is denied without prejudice. The parties may make their request to the assigned district judge.

Dated: New York, New York        SO ORDERED:
       May 8, 2020

                                 _____
                                 *Kevin Nathaniel Fox* (signature)
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE